# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ADRIAN ACEVEDO-HERNANDEZ,

        Defendants.

2:14-cr-0-242-JCM-VCF

**ORDER**

Before the court is the Motion to Withdraw as Defendant's Counsel (#28).

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Defendant's Counsel (#28) is scheduled for 1:00 p.m., September 29, 2014, in courtroom 3D.

The U.S. Marshall is directed to transport Defendant Adrian Acevedo-Hernandez to and from the hearing.

IT IS SO ORDERED.

Dated this 22nd day of September, 2014.

                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE