# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00242-JCM-VCF |
| vs. | |
| ADRIAN ACEVEDO-HERNANDEZ, | **ORDER** |
| Defendant. | |

Before the court is the Motion for Extension of Time.

IT IS HEREBY ORDERED that a hearing on the Motion for Extension of Time (#48) is scheduled for 10:00 a.m., December 16, 2014, in courtroom 3A.

The U.S. Marshal will transport Defendant to and from the hearing.

DATED this 9th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE