# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00242-JCM-VCF |
| vs. | **ORDER** |
| ADRIAN ACEVEDO-HERNANDEZ, and J. NEMIAS REYES MARIN, | |
| Defendants. | |

Before the court is the United States' Motion to Amend Indictment to Correct Typographical Errors (#110).

To date, defendant has not responded to the United States' Motion to Amend Indictment to Correct Typographical Errors (#110). Pursuant to Local Rules of Criminal Practice 12-1(a)(2), responses to pretrial motions must be filed and served within 14 days from the date of service of the motion. The motion was filed on June 9, 2015 and 14 days has passed from the date of service of the motion.

Accordingly,

IT IS HEREBY ORDERED that any opposition to United States' Motion to Amend Indictment to Correct Typographical Errors (#110) must be filed by July 24, 2015. If defendant fails to file a timely response, the court will construe defendant's failure to respond as a consent to the granting of the motion.

DATED this 20th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE