**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00242-JCM-VCF |
| vs. | **ORDER** |
| ADRIAN ACEVEDO-HERNANDEZ, and J. NEMIAS REYES MARIN, | |
| Defendants. | |

Before the court is the government's Motion to Amend Indictment to Correct Typographical Errors (#110). On July 20, 2015, the court ordered that any oppositions to the government's Motion to Amend Indictment to Correct Typographical Errors (#110) must be filed by July 24, 2015, and, if defendant failed to file a timely response by July 24, 2015, the court will construe defendant's failure to respond as a consent to the granting of the motion. (#120). To date, no opposition has been filed.

Accordingly,

IT IS HEREBY ORDERED that Motion to Amend Indictment to Correct Typographical Errors (#110) is GRANTED.

DATED this 29th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE