DANIEL G. BOGDEN
United States Attorney
District of Nevada
KATHRYN C. NEWMAN
Nevada Bar No. 13733
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-6418
Kathryn.Newman@usdoj.gov

Counsel for United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:14-CR-242-JCM-VCF |
| Plaintiff, | **MOTION TO DISMISS INDICTMENT** |
| vs. | |
| ADRIAN ACEVEDO-HERNANDEZ, | |
| Defendant. | |

The United States, by and through its undersigned counsel, hereby moves for leave of the Court to dismiss the Indictment filed on July 16, 2014, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  In support of its motion, the Government states:

1. The defendant entered into a Pretrial Diversion Agreement (PDA) with the Government on September 10, 2015. ECF  131. Pursuant to the terms of the PDA, the defendant was subject to pretrial supervision for a period of up to 18 months.

2. On October 25, 2016, the U.S. Office of Probation reported that the defendant had been compliant with all of the terms of his supervision and recommended early termination.

3. The Government confirmed independently that the defendant had no further contacts with law enforcement.

## CONCLUSION

For the reasons set forth above, the Government respectfully requests leave of the Court to dismiss the Indictment as to this defendant.

DATED this 21st day of November 2016.

                                        Respectfully submitted,

                                        DANIEL G. BOGDEN
                                        United States Attorney

                                        */s/ Kathryn C. Newman*
                                        _____
                                        KATHRYN C. NEWMAN
                                        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:14-CR-242-JCM-VCF |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| ADRIAN ACEVEDO-HERNANDEZ, | |
| Defendant | |

IT IS HEREBY ORDERED that the Government is granted leave to dismiss the Indictment in the above captioned case filed on July 16, 2014.

IT IS FURTHER ORDERED that the Indictment is dismissed.

DATED November 29, 2016.

_____
U.S. DISTRICT COURT JUDGE